AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

**ANTHONY C. GUERRERO**

　　　　Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00020**

FILED
Clerk
District Court

AUG - 8 2008

For The Northern Mariana Islands
By _____
(Deputy Clerk)

To: The United States Marshal
　　and any Authorized United States Officer

　　YOU ARE HEREBY COMMANDED to arrest　**ANTHONY C. GUERRERO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment　☐ Information　☐ Complaint　☐ Order of court　☐ Violation Notice　☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy (Count 1)**
**Wire Fraud (Count 2)**
**Theft Concerning Federal Funds (Count 3)**

RECEIVED
JUL 23 2008
US MARSHALS SERVICE-CNMI

in violation of Title **18** United States Code, Section(s) **371, 1343, and 666**

and in violation of Title ____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 7-22-08　　SAIPAN, CNMI |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ **50000.00** | by /s/ Alex R. Munson |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **Self - Surrender**
@ USDC NMI Horiguchi Bld. Garapan Saipan

| DATE RECEIVED 23 Jul 08 | NAME AND TITLE OF ARRESTING OFFICER DANA McMAHON SPECIAL AGENT/FBI | SIGNATURE OF ARRESTING OFFICER /s/ Dana M. McMahon |
|---|---|---|
| DATE OF ARREST 08 Aug 08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____