```
                                                            F I L E D
                                                                Clerk
                                                            District Court
MINUTES OF THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN MARIANA ISLANDS                       AUG  8 2008

                                                        For The Northern Mariana Islands
                                                        By_____
                                                                (Deputy Clerk)
```

CR-08-00020                                         August 8, 2008
                                                    2:00 p.m.

### UNITED STATES OF AMERICA -V- ANTHONY C. GUERRERO

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
           RANDY SCHMIDT, LAW CLERK
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           FAYE CROZAT, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           ROBERT TORRES, ATTORNEY FOR DEFENDANT
           ANTHONY C. GUERRERO, DEFENDANT

### *** SEALED HEARING ***

PROCEEDINGS:   INITIAL APPEARANCE/ARRAIGNMENT/ENTRY OF PLEA

Defendant appeared with counsel, Attorney Robert Torres. Government was represented by Eric O'Malley, AUSA. Also present was Melinda Brunson, U.S. Probation Office.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Defendant waived reading of the Indictment and stated that he wished to enter a Plea.

Court reviewed the elements of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY to Count I.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered that the **Sentencing hearing be set for Wednesday, November 12, 2008 at 9:00 a.m.** and that the presentence investigation report be due on October 8, 2008.

Government recommended the defendant be released on conditions.

Court ordered that the defendant be released on the following conditions:

1) That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

2) The defendant must not leave the CNMI without written permission from the Court;

3) That the defendant execute an unsecured bond in the amount of $10,000;

4) That the defendant shall surrender his passport and any other travel documents and not obtain any other travel documents or passport;

5) That he refrain from possessing firearms, destructive device, or other dangerous weapons, or to have at residence;

6) That the defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness or any co-defendants in the subject investigation or prosecution.

Adjourned at 2:40 p.m.

By _____/s/_____
K. Lynn Lemieux, Courtroom Deputy