```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                      NORTHERN MARIANA ISLANDS
```

F I L E D
Clerk
District Court

AUG - 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 08-00020-002 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| ANTHONY C. GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **October 8, 2008.** Sentencing is scheduled for **Wednesday, November 12, 2008** commencing at the hour of nine o'clock a.m.

DATED this 8th day of August, 2008.

_____
DAVID A. WISEMAN, Designated Judge

AO 72
(Rev. 08/82)