PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Melinda N. Brunson, U.S. Probation Officer<br>District of the Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

FILED
Clerk
District Court

AUG 25 2008

For The Northern Mariana Islands
By _____
(Deputy Clerk)

[X] **Original Notice**          [ ] **Notice of Disposition**

Date: __August 8, 2008__         Date: _____
By:   __Designated Judge David Wiseman__   By: _____

---

Defendant:     __Anthony Cabrera Guerrero__      Case Number:   __08-00020-002__
Date of Birth: __xx-xx-1970__                    Place of Birth: __Saipan, MP__
SSN:           __xxx-xx-0407__

---

**NOTICE OF COURT ORDER** (Order Date: __August 8, 2008__)

[✔] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[✔] The above-named defendant surrendered Passport Number __xxxxxxxx__ to the custody of the **U.S. District Court for the NMI.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  [ ] Not Convicted - Document returned to defendant.
  [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  [ ] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)