**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant Anthony C. Guerrero

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-00020 |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST AS TO DEFENDANT ANTHONY C. GUERRERO TO RETURN PASSPORT AND TO ALLOW TRAVEL OUT OF THE CNMI; and** |
| TIMOTHY P. VILLAGOMEZ, ANTHONY C. GUERRERO, JOAQUINA V. SANTOS, and JAMES A. SANTOS | |
| Defendants. | **STIPULATED REQUEST TO CONTINUE SENTENCING HEARING AND RESET DATE FOR DEADLINE OF PRESENTENCE INVESTIGATION REPORT** |

Defendant **ANTHONY C. GUERRERO**, by and through Counsel

Robert T. Torres, and Plaintiff the United State s of America, through Assistant United States Attorney Eric S. O'Malley, hereby stipulate to and respectfully move this Court as follows:

    A.  To allow the return of Mr. Guerrero's passport and to allow him to travel out of the CNMI for a short period to visit to family, departing the CNMI on September 22nd for at least two weeks, and then leave and then return to the CNMI on October 6th.  Mr. Guerrero will visit immediate family in Portland, Oregon; Boise, Idaho, and Washington state.  Mr. Guerrero will have a physical address for the places he will stay as well as a cellular phone where he may be reached at all times.  Mr. Guerrero has conferred with U.S. Probation Officer Melinda Brunson regarding his intended departure request.

    B.  To continue his sentencing hearing and to reset the deadline for the Presentence Investigation Report.  Mr. Guerrero and the United States request to reschedule his sentencing hearing to late February, 2009 and set a deadline for the Presentence Investigation Report in early January.  The jury trial for the other co-defendants will be continued to a date in January and Mr. Guerrero and the United States maintain that sentencing after the jury trial date for Mr. Guerrero would be appropriate as well as in the interests of justice.

1  SO STIPULATED and respectfully submitted this 11th day of September, 2008.

2

3

4  *[signature: Robert J. Torres]*

5  Robert Tenorio Torres, F0197
   Attorney for Defendant Anthony C. Guerrero

6

7  ___/s/ Eric S. O'Malley___
   Eric S. O'Malley
8  Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23