FILED
Clerk
District Court

SEP 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TIMOTHY P. VILLAGOMEZ,
ANTHONY C. GUERRERO,
JOAQUINA V. SANTOS, and
JAMES A. SANTOS,

        Defendants.

Criminal Action No. 08-0020

**ORDER GRANTING
STIPULATION TO RETURN
PASSPORT FOR LIMITED
TRAVEL AND TO RESET
SENTENCING DATES**

      Pursuant to the stipulation of the parties, the Court orders as follows.  Defendant Anthony C. Guerrero's passport shall be returned to him to allow him to travel out of the Commonwealth of the Northern Mariana Islands for the period from September 22, 2008 through October 6, 2008.  Defendant Guerrero shall provide to the United States of America a physical address for the places he will stay as well as a cellular phone number where he may be reached at all times.

      In addition, Defendant Guerrero's sentencing hearing currently scheduled for November 12, 2008 at 9:00 a.m. shall be taken off calendar and rescheduled for February 27, 2009 at 9:00 a.m.  The deadline for the Presentence Investigation Report now scheduled for October 8, 2008 shall be reset to be due on January 9, 2009.

**IT IS SO ORDERED.**

Dated:       September 12, 2008

*Alex R. Munson*

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)